IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMY SCALES,

    Plaintiff,

v.

Case No. 18-cv-866-bbc

LINDSAY WALKER,
MICHAEL DITTMAN,
CORRECTIONAL OFFICER
EASTERSON AND
L. ALSUM O'DONOVAN,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 01/18/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |